■ WILLIAM PENA, Respondent, v ANDREW ORLANDO, Appellant. [657 NYS2d 980] —In an action to recover damages for personal injuries, the defendant appeals from an order of the

Supreme Court, Queens County (Lisa, J.), dated October 7, 1996, which denied his motion for summary judgment dismissing the complaint on the ground that the plaintiff did not sustain a serious injury within the meaning of Insurance Law § 5102 (d).

Ordered that the order is affirmed, with costs.

We agree with the Supreme Court that there remains an issue of fact as to whether the plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d) (*see generally, Licari v Elliott,* 57 NY2d 230). Mangano, P. J., Ritter, Sullivan, Altman and McGinity, JJ., concur.